SCWC-12-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

**Electronically Filed
Supreme Court
SCWC-12-0000697
22-JAN-2014
12:28 PM**

KAREN RYAN,
Respondent/Plaintiff-Appellant,

vs.

MARY LYNNE BOLAND, KAHANA MANOR AOAO,
Petitioners/Defendants/Cross-Claim Defendants/Appellees,

and

TERRENCE D. PALMER,
Respondent/Defendant/Cross-Claim Defendant/Appellee,

and

ALPHA SECURITY, INC., LOWSON AND ASSOCIATES,
Respondents/Defendants/Cross-Claim Plaintiffs/Cross-Claim
Defendants/Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000697; CIV. NO. 10-1-0791(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
Circuit Judge Ochiai, in place of Acoba, J., recused.)

Petitioners/Defendants/Cross-Claim Defendants/Appellees

Mary Lynne Boland and Kahana Manor AOAO's Application for Writ of

Certiorari, filed on December 9, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 22, 2014.

Sidney K. Ayabe and
Ryan I. Inouye
for petitioners
Mary Lynne Boland and
Kahana Manor AOAO

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Dean E. Ochiai

